IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **COURTNEY PRICE, et al.,** | ) | CASE NO. 1:24-CV-1707 |
| | ) | |
| Plaintiffs, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | <u>**STIPULATED ORDER**</u> |
| | ) | |
| **CITY OF ELYRIA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The parties to this Stipulated Order have agreed to the following terms. Accordingly, it is ORDERED:

1. Plaintiff Courtney Price ("Plaintiff") hereby withdraws her Motion to Stay Proceedings Until the Resolution of the Pending Criminal Case (Doc. 44).

2. Plaintiff's deposition shall not take place prior to December 31, 2025.

3. To the extent the criminal proceedings in *State of Ohio v. Courtney Price*, Lorain County Court of Common Pleas Case No. 2024-CR-112594 have not concluded by December 31, 2026, Defendants City of Elyria, William Pelko, James Wise, Gage Hume, Jason Walland, Richard Fuehrer, Ali Sabeiha, Michael Taylor, Alan Kubas, Jacob Webber, Robert Lenz, Nicholas Bezbatchenko, and Michael Eichenlaub (collectively, "Defendants") may schedule and take Plaintiff's deposition any time thereafter. However, the deposition will be limited to matters not protected by the Fifth Amendment to the U.S. Constitution, as objected to, and events that occurred on or before the publication of the Go Fund Me page—i.e., before January 11, 2024—with the exception being information regarding and testimony concerning the medical treatment of W.P. which occurred after that date.

4. In the event Defendants take the deposition of Plaintiff while the criminal proceedings in *State of Ohio v. Courtney Price*, Lorain County Court of Common Pleas Case No. 2024-CR-112594 have not concluded, Defendants shall be entitled to conduct a second deposition of Plaintiff. The second deposition will be limited to those matters objected to as being protected by the Fifth Amendment to the U.S. Constitution and events that occurred on or after the publication of the Go Fund Me page—i.e., January 11, 2024.

IT IS SO ORDERED.

Judge Pamela A. Barker

**WE SO MOVE/STIPULATE**

/s/ *William A. Carlin* (via email consent)
**WILLIAM A. CARLIN (0009144)**
**CARLIN & CARLIN**
29325 Chagrin Boulevard, Suite 305
Pepper Pike, Ohio 44122
PH: (216) 831-4935 | FAX: (216) 831-9526
Email: wcarlinesq@aol.com

/s/ *Mark W. Biggerman* (via email consent)
**MARK W. BIGGERMAN (0064092)**
29325 Chagrin Boulevard, Suite 305
Pepper Pike, Ohio 44122
PH: (216) 475-5600 | FAX: (216) 831-9526
Email: mark@mblegal.com

*Counsel for Plaintiffs*

/s/ *Patrick Vrobel*
**THOMAS J. CABRAL (0033041)**
**PATRICK S. VROBEL (0082832)**
**TYLER R. SPEER (0104962)**
**GALLAGHER SHARP LLP**
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
PH: (216) 241-5310 | FAX: (216) 241-1608
Email: tcabral@gallaghersharp.com
pvrobel@gallaghersharp.com
tspeer@gallaghersharp.com

*Counsel for City of Elyria Defendants*

2